UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LOCAL 76B, IUE-CWA, AFL-CIO

        Plaintiff,

- against -

OFFICE FURNITURE SERVICES, INC.,

        Defendant.
-----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

05 CV 4480(ARR)

It having been reported to the Court by letter dated December 12, 2005, that the above-captioned case has been settled, the proceeding is hereby dismissed and the Clerk of Court is directed to close the file.

SO ORDERED:

DATED:    Brooklyn, New York
               January 24, 2006

                                                Allyne R. Ross
                                                United States District Judge

## MAILING LIST

Thomas Kennedy
Kennedy, Jennik & Murray, P.C.
113 University Place
New York, NY 10003


Jeffrey Naness
Naness, Chaiet & Naness, LLC
375 North Broadway
Suite 208
Jericho, NY 11753


Magistrate Judge Pollak